435 A.2d 268

St. Peter's Lutheran Church v. Ohl, Appellant.

Argued March 17, 1980. George B. Ditter, for appellant; Joseph Lonergan, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

May 29, 1981.

435 A.2d 268

Commonwealth v. Bragg, Appellant. ·

Argued December 1, 1980. John J. Fioravanti, Jr., Assistant Public Defender, for appellant; C. Theodore Fritch, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.